# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORRY LYN WILLIAMS, | Case No. CV 17-2930-JEM |
| Petitioner, | |
| v. | JUDGMENT |
| VAN NUYS SUPERIOR COURT, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 5, 2017

                                                    */s/ John E. McDermott*
                                                  JOHN E. MCDERMOTT
                                    UNITED STATES MAGISTRATE JUDGE